**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:05-cr-183-T-26MSS

DANIEL GASPAR
_____/

**O R D E R**

Before the Court is Defendant's Response to the Government's Motion for Reduction of Defendant's Sentence Based on Substantial Assistance which the Court has already granted. Defendant contends, however, that a sentence of 30 months rather than one of 46 months is appropriate. The Court rejects this contention.

The Court was well aware when it entered the order of reduction of sentence of Defendant's arguments at his sentencing proceeding held last Friday that a sentence of 18 months would have constituted a reasonable sentence under the factors enumerated in 18 U.S.C. § 3553(a)(1-7). The Court disagreed then and continues to disagree. The Court is also not convinced that in light of the Government's motion a sentence of 30 months would be a reasonable sentence. In the Court's view, because the amended sentence of 46 months is 11 months less than the original sentence of 57 months, it is more than reasonable and adequately rewards Defendant for his assistance afforded the Government in connection with the sentencing proceeding involving his co-defendant, Nicholas Gene Bolin. Accordingly, to the extent Defendant's motion is construed as a motion for further reduction (Dkt. 158), it is denied.

**DONE AND ORDERED** at Tampa, Florida, on January 23, 2006.

s/
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record